IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
TYLER DIVISION

EX PARTE MOTION ) CV No.: 6:18cv394
OF )
)
NICHOLAS LEE BLAIR )



## MOTION FOR EMERGENCY INJUNCTIVE RELIEF
## IN RESPONSE TO MEDICAL INDIFFERENCE AND LETHAL MEDICAL THREAT

Movant, NICHOLAS LEE BLAIR, respectfully requests that this Court provide an emergency injunction to the University of Texas Medical Branch, UTMB hereinafter, to properly test and diagnose Movant with ailments that have been documented to be ongoing since January of 2017.

Movant has placed a considerable amount of sick calls to the Beto Unit infirmary, managed and cared for by UTMB. Symptoms are progressive and broad. As reported to Movant by medical staff, symptoms are indicative of:

(1) Multiple Sclerosis;
(2) Lupus;
(3) Fibromyalgia;
(4) Cancer;
(5) Eschemea; amoung others.

Of these potential ailments, two are necessarily "time related" to proper treatment to prevent death. As of August 2, 2018, Movant has not had any testing outside a complete blood count, which, by medical staffs admissions, would not show types of cancer nor any type of eschemea. Yet, Movant has been consistently denied any further, more accurate testing and has even been "postponed" indefinitely for doctors visits that resulted in his having to start the ten (10) business day process over, to see a doctor.

Movant has been attempting to reach diagnosis, outside one request to not be removed from his housing around March of 2017 and sent on Medical chain, for several months. Movant is consistently told his ailments are "in his head" even without a proper test that could potentially save his life.

Recently, a couple nurses have taken notice of Movant's plith but are not in administrative positions to help. Kevin Moore, SPC and infirmary manager, Dr. Haque and Dr. Clayton, have done nothing to diagnose Movant and move to treatment of his illness. Movant is left to wonder his fate and is left to suffer his illness without regard to his safety, quality of life, or even his livelyhood.

One must consider that if someone who is potentially facing an illness that could result in death and he is not being checked when the medical staff he is attending is adequately equipped to test for such ailments immediately, then  Movant could be facing a death penalty without due process. Nonetheless, Movant is a ward of the State and is Constitutionally allowed adequate medical care. Surely, this includes a diagnosis to any illness.

This is a denial of medical care, equal protection of the law, cruel and unusual punishment and affects the quality of life Movant is allowed to have even in prison.

**Conclusion.**

Movant, NICHOLAS LEE BLAIR, believes he has right to emergency injunctive relief to avoid possible death and proper treatment. Movant is not a medical expert but knows his body and knows he is not feeling normal. See affidavit enclosed. Movant respectfully requests that this Court provide the needed relief that could

save his life. This will result in a 42 U.S.C. § 1983. See administrative remedy exhausted. But Movant must first be alive in order to perform the action. Movant respectfully requests relief in any form the Court find necessary. Movant has provided Order for the Court's convienance.

Respectfully submitted,

*[signature]*

NICHOLAS LEE BLAIR, Movant

AFFIDAVIT OF NICHOLAS LEE BLAIR

I, Nicholas Lee Blair, do declare the following is true and correct to the best of my ability and belief.

1. I have placed several sick calls to the infirmary at Beto Unit and have still not been tested for any illness that is detectable by the standards of medical care and treatment.
2. My symptoms include: masses on my throat, arm and abdomen- all on the left side; cold to the touch, even in 100 degree plus weather; difficulty breathing; extreme fatigue; unexplained headaches and chest pain; spots/"bugs" in direct line of sight as well as one single spot of light that shows up in field of vision intermittenly despite 20/20 vision, "shaky" vision with strange flare ups; vibration sensation and shaking throughout body; feelings of extreme disassociation and close to loosing consciousness; severe sweating; difficulty sleeping; severe tongue pain with inability to speak properly at times, among others.
3. I am in fear for my life and have no idea past the grievance process, which has done nothing, what to do.
4. My family has contacted OMBUDSMAN who forwarded the complaint to UTMB but this does not provide the help I need to make sure I am not dying.
5. I have been told several times it is in my head but how does one know that without testing beyond a CBC?
6. I am a sufferer of anxiety disorder but I have never felt these symptoms before.
7. I simply do not want to die. Especially if it can be detected and avoided.
8. I do not understand why I am not being tested and why it has gone on so long without such.
9. I have attempted to give all my symptoms to the doctors in prior visits but I am not allowed because it was not the problem put in the computer by the nurse and am directed to place another nurse sick call that causes a 10-15 business day lapse, if my appointments are not postponed indefinitely as before, but then I'm left to the whims of what the next nurse places on the computer.
10. I have been given various medications that have not worked and without ever being tested for the ailments the medication is to relieve.
11. I am constantly scared that I am dying and become so disassociated that I am not sure if I will loose consciousness.

I, Nicholas Lee Blair, do declare the foregoing to be true and correct to the best of my belief and knowledge.

_____
Nicholas Lee Blair

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

| Field | Value |
|---|---|
| Offender Name | Nicholas Blair |
| TDCJ # | 1941929 |
| Unit | Beto |
| Housing Assignment | H-211-B |
| Unit where incident occurred | Beto |

**OFFICE USE ONLY**
- Grievance #: 2018116444
- Date Received: 4-13-18
- Date Due: 5-28-18
- Grievance Code: 037
- Investigator ID #: 12582
- Extension Date:
- Date Retd to Offender: 5-21-18

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Hague - Doctor    When? 4-5-18
What was their response? That I was not sick and it is all in my mind.
What action was taken? None.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

On April 5, 2018 at around 11:30 am, I spoke with Dr. Hague relating to my medical concerns. He abruptly dismissed my concerns as being "all in your head". My concerns related to abdominal pain to which I have around one decade of documented issues. Including a colectomy and appendectomy in 2013. I have diverticulitis and currently, I have many physical disturbances which rebuts any "all in your head" theory. I have blotches on my skin on the abdomen. Pains in my lower left abdomen/groin and oddly, neck area. I often wake up to my glands being swollen and pain and stiffness in my jaw. There is strange "vibrating" sensations in my legs and left arm that come and go. I have a newly felt sensitivity to the cold. I also have bouts of severe nausea and diarrhea. I also have noticed odd spots in my visual periphery. I have been to medical consistently since Jan/Feb for the issues stated without so much as a CBC, X-ray, stool sample etc. Outside the normal blood pressure check and temperature taking, with the exception of one "dip stick" test for a UTI, I have received absolutely NO tests that would adequately be used for diagnosis. Yet I have been given a litany of ailments that have been diagnosed by many nurses and a guess by Dr. Clayton who prescribed an antibiotic. And to little avail. To tell someone who has physical abnormalities that it is "all in your head" is cruel and unusual by any standard. Not to mention a complete disregard to one's duty to provide adequate medical care. No one can determine

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

*[Handwritten continuation at top:]* without updating Grieva/deely causing an abnormality without first testing for something. Considering I have had issues with digestion for sometime, I am aware that stool samples, CBC's, x-rays, can determine a lot, or at least point a needed direction in order to resolve or properly diagnose. I am not a doctor but I do know, that repeatedly not even attempting to provide medical care is unreasonable for a medical professional, and in the present situation it is unconstitutional. This has been going on for months and is now progressively getting worse. The process to see a doctor can take days but when you are blown off it can take months to be treated. This is cruel and unusual punishment.

**Action Requested to resolve your Complaint:** Some kind of testing to find a diagnosis. Adequate medical care and not to be pushed aside for months by several nurses and two doctors.

**Offender Signature:** */s/*   **Date:** 4-10-18

**Grievance Response:**

Review of your medical records shows you have a diagnosis of diverticular disease of intestine. On 4/6/18 you were seen by unit provider for complaint of cold, chills, feeling of numbness of face and wondering if it was due to your illness. Unit provider responded no, and that there was no reasoning to connect to that. He noted you verbalized understanding. He provides a statement that says ?diagnostic testings are ordered as appropriate, not on demand by patient.? You may not get what you want, but you will get what is medically indicated based on the professional opinion of provider rendering care. This grievance is denied..

Kevin Moore, SPM

**Signature Authority:** *K. Moore*    MAY 1 4 2018    **Date:** 5/14/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**OFFICE USE ONLY**
Initial Submission      UGI Initials:____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____
2nd Submission      UGI Initials:____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____
3rd Submission      UGI Initials:____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____

I-127 Back (Revised 11-2010)

Appendix F



# Texas Department of Criminal Justice
## STEP 2 — OFFENDER GRIEVANCE FORM

Offender Name: Nicholas Blair  TDCJ #: 1941929
Unit: Beto  Housing Assignment: H-211-B
Unit where incident occurred: Beto

**OFFICE USE ONLY**
Grievance #: 2018116664
UGI Recd Date: 5-30-18
HQ Recd Date: JUN 6 - 2018
Date Due: 7-14
Grievance Code: 634
Investigator ID#: I0352
Extension Date:

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Mr. Kevin Moore responds to the neglect of Dr. Hague as an appropriate remedy. It does not matter the concern to why I was being seen. The point is I have physical manifestation, now worsening, and developing to compounding issues, and simply neglected by Dr. Hague. I was told I needed to be "tested" by Dr. Clayton in January of this year if my symptoms persisted. They not only persist, they are worsening. I also requested to pay for my own medication, i.e., probiotics and oregano extract, as I am very familiar with my condition, (Candida infestation) as I have been dealing with it for twelve years and was able to treat myself with the stated products. It is also a religious (spiritual) belief of mine to be holistic and symbiotic with nature even in treatment of ailments. And personally paying for the products that are safe enough to give children, it would be no security issue nor burden to the State or TDCJ. And as Dr. Hague was eating his Greek yogart (a probiotic) he said "No". "It is all in your head." I find it hard for him to be sure of that without even a CBC. The physical implications show otherwise. In one statement, Dr. Hague denied adequate medical care (diagnosis), deprived me of a good faith spiritual/religious right and

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

made the attempt at making my condition my problem and fault. I put in to see psyche, and although I'm known to have anxiety issues, Dobbs could not say it was clearly mentally attributed and asked that I request testing to help deduce. He stated that some of the issues don't sound "mental" at all. With no testing, no ability to treat myself, I am denied care this is cruel and unusual punishment.

Offender Signature: _____  Date: 5-27-18

### Grievance Response:

In your Step 1 medical grievance, you stated you have been denied appropriate medical care for blotches on your skin, pain in your lower abdomen, groin, and neck. You are requesting to have testing done to find a diagnosis and receive adequate medical care for these issues.

The step 2 appellate review concurs with the response at Step 1. Further review shows you were seen by the unit Medical Director on 05/08/2018 for multiple complaints. You received orders for medication for your rash, as well as, antibiotics. You were also seen by Medical Director again on 05/29/2018 for these issues and received orders for body lotion and antibiotics. Though you and your healthcare providers may differ in opinion regarding your needs and the medical treatment rendered, these decisions are ultimately the responsibility of the facility providers. Documentation in the medical record indicates you have been afforded access to proper medical care in accordance with Correctional Managed Health Care Policy E-37.1.

You are advised to submit a Sick Call Request if you feel your condition has changed to warrant further evaluation.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**

Signature Authority: _____  Date: 6/7/18

| Returned because: *Resubmit this form when corrections are made. | OFFICE USE ONLY |
|---|---|
| | **Initial Submission**    CGO Initials: _____ |
| ☐ 1. Grievable time period has expired. | Date UGI Recd: _____ |
| ☐ 2. Illegible/Incomprehensible.* | Date CGO Recd: _____ |
| ☐ 3. Originals not submitted. * | (check one) ___ Screened ___ Improperly Submitted |
| | Comments: _____ |
| ☐ 4. Inappropriate/Excessive attachments.* | Date Returned to Offender: _____ |
| ☐ 5. Malicious use of vulgar, indecent, or physically threatening language. | **2nd Submission**    CGO Initials: _____ |
| ☐ 6. Inappropriate.* | Date UGI Recd: _____ |
| | Date CGO Recd: _____ |
| | (check one) ___ Screened ___ Improperly Submitted |
| | Comments: _____ |
| CGO Staff Signature: _____ | Date Returned to Offender: _____ |
| | **3rd Submission**    CGO Initials: _____ |
| | Date UGI Recd: _____ |
| | Date CGO Recd: _____ |
| | (check one) ___ Screened ___ Improperly Submitted |
| | Comments: _____ |
| | Date Returned to Offender: _____ |

I-128 Back (Revised 11-2010)                    Appendix G

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

EX   PARTE

NICHOLAS LEE BLAIR
TDCJ-CID, Beto Unit
TDCJ-ID No. 1941929

CV No._____

## ORDER

It is ORDERED by the Court, that emergency injunctive relief be provided NICHOLAS LEE BLAIR, TDCJ No. 1941929, at the Beto Unti in TDCJ-CID. The injunctive relief includes:

(1) Emergency testing adequate to diagnose any illness that could cause death in relation to his symptoms, and the ailments described to him by medical staff,

(2) Any adequate testing to detect cancer, eschemea, or other disease that has been attributed to his symptoms that would or could result in death without detection,

(3) No delay in said actions and these injunctions take effect immediately upon receiving them.

It is hereby ORDERED by the Court the above stated be immediately adhered to by Beto Unit infirmary and University of Texas Medical Branch thereof.

_____
Presiding Judge

6:18cv394
Rws/JDL

United States District Court
for the Eastern District of Texas
Tyler Division

NICHOLAS LEE BLAIR
Beto Unit-TDCJ-CID
1391 F.M. 3328
Tennessee Colony, TX 75880

Re: Emergency Injunctive Relief

Dear Clerk:
    Please find enclosed a Motion for Emergency Injunctive Relief, Order of the Court, Affidavit of Nicholas Lee Blair and girevances in relation to and proof of administrative exhaustion.
    I request that you process and file these according to policy and law.
    Thank you in advance for the request.

                                        Respectfully,

                                        _____
                                        Nicholas Lee Blair

Nicholas Blair 1941961
Beto Unit
1391 FM 3328
Tennessee Colony, TX. 75880

Legal Mail

United States Dist. Court
Eastern District of Texas
Tyler Division
211 W. Ferguson St, Rm 106
Tyler, TX. 75702

75702-722099

NORTH TEXAS TX
DALLAS TX

USA FOREVER